.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

**BRANDI GOODWIN**

      **Plaintiff,**

  **v.**

**UNUM LIFE INSURANCE COMPANY OF AMERICA**

      **Defendant.**

**Case No. 2:22-cv-3118**

**Chief Judge Marbley**

[ ]  **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**   This action came to trial or hearing before the Court.   The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**   This action was decided by the Court without a trial or hearing.

**PURSUANT TO THE OPINION AND ORDER** filed on March 25, 2024, judgment in favor of the Defendant.

Date: March 25, 2024                        **Richard W. Nagel, Clerk of Court**

                                              By:     /s/Jodi L. Keener
                                                       Jodi L. Keener, Deputy Clerk